Miles, Sears & Eanni
2844 Fresno Street
Fresno, CA 93721
(559) 486-5200     Ref. No. 00165655-01
Attorney For: PLAINTIFFS

United States District Court
Fresno, CA 93721-1318

Plaintiff: DELILAH MARIE HAMPTON,ET AL        Case No.:  2:16-CV-01816-MCEAC
Defendant: COUNTY OF SAN JOAQUIN,ET AL        Proof of Service of Summons

Hearing Date:            Time:            Dept/Div:

1. At the time of service I was at least 18 years of age and not a party to this
   action.

2. I served copies of:
   f. other (specify documents): SUMMONS IN A CIVIL CASE; NOTICE OF AVAILABILITY OF
   A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS WITH A COPY
   OF THE FORM "CONSENT TO/DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE
   JUDGE"; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION WITH THE COPY OF THE
   "STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM
   (VDRP) PURSUANT TO LOCAL RULE 271"; FIRST AMENDED COMPLAINT;INITIAL PRETRIAL
   SCHEDULING ORDER;

3. a. Party Served (specify name of party as shown on documents served):
      COUNTY OF SAN JOAQUIN-SHERIFF'S DEPARTMENT
   b. Person (other than the party in item 3a) served on behalf of an entity or as
      an authorized agent (and not a person under item 5b on whom substituted
      service was made)(specify name and relationship to party named in item 3a.):
                                          ART HARTY, SERGEANT/INTERNAL AFFAIRS
           Title:                         PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:7000 MICHAEL CANLIS BLVD.
   (Business)                           FRENCH CAMP, CA 95231

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to
      the party or person authorized to receive service of process for the party
      (1) on (date): 10/07/16 (2) at (time): 10:17 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d  [XX] on behalf of:    COUNTY OF SAN JOAQUIN-SHERIFF'S DEPARMENT
      under the following Code of Civil Procedure section:
                            [XX] other: CCP 416.50 (public entity)

7. Person who served papers
   a. NICOLAS PENALOZA                  d. The fee for service was: $ 85.60
      ACTION LEGAL SUPPORT              e. I am
   b. 5528 North Palm Suite 123         (3). Registered California process server
      Fresno, CA  93704                    (i) independent contractor
   c. (559) 432-3337                       (ii) Registration No. 500 EXP: 02/18/2018
                                           (iii) County:  SAN JOAQUIN

8. I declare under penalty of perjury under the laws of the State of California that
   the foregoing is true and correct.

   Date:  10/11/16              Signature: _____