1  JOHN M. LUEBBERKE, City Attorney
   State Bar No. 164893
2  JAMES F. WILSON, Deputy City Attorney
   State Bar No. 107289
3  425 N. El Dorado Street, 2nd Floor
   Stockton, CA 95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for Defendants CITY OF STOCKTON
6  and TESSA VILLINES

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 DELILAH MARIE HAMPTON; and          )  Case No. 2:16-CV-01816-MCE-AC
   JAMILA BREELER,,                    )
                                       )  **STATEMENT OF NON-OPPOSITION
12          Plaintiffs,                )  BY DEFENDANTS CITY OF
                                       )  STOCKTON AND TESSA VILLINES TO
13 vs.                                 )  PLAINTIFFS' MOTION FOR LEAVE
                                       )  TO AMEND THEIR FIRST AMENDED
14 COUNTY OF SAN JOAQUIN -             )  COMPLAINT**
   SHERIFF'S DEPARTMENT, et al.,,      )
15          Defendants.                )  Date:       January 12, 2017
                                       )  Time:       2:00 p.m.
16                                     )  Courtroom: 7
                                       )
17 _____    )

18      Defendants CITY OF STOCKTON and TESSA VILLINES hereby file their Statement of

19 Non-Opposition to Plaintiffs' Motion seeking leave to amend their First Amended Complaint.

20 Dated: December 30, 2016           Respectfully submitted,

21                                    JOHN M. LUEBBERKE
                                      City Attorney
22

23                                    BY___/s/ James F. Wilson_____
                                         JAMES F. WILSON
24                                       Deputy City Attorney

25                                       Attorneys for Defendants
                                         CITY OF STOCKTON and
26                                       TESSA VILLINES

27

28

                                      1