1  **MAYALL, HURLEY, P.C.**
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK E. BERRY, ESQ.
4  CA State Bar No. 155091

5  Attorneys for Defendant,
   STEVE HEAD (erroneously sued herein as
6  Deputy STEVE HEAD, Sheriff's Department)
   COUNTY OF SAN JOAQUIN-SHERIFF'S DEPARTMENT

8  Aida S. Macedo, Esq. - 294632
   **MILES, SEARS & EANNI**
9  A Professional Corporation
   2844 Fresno Street
10 Fresno, California 93721
   Telephone (559) 486-5200
11
12 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIAH MARIE HAMPTON; and JAMILA BREELER, | No. 2:16-cv-01816-MCE-AC |
| Plaintiffs, | ORDER |
| vs. | |
| COUNTY OF SAN JOAQUIN-SHERIFF'S DEPARTMENT; CITY OF STOCKTON-a municipal corporation; Deputy STEVE HEAD, Sheriff's Department, et al., | |
| Defendants. | |

Having read and considered the Stipulation of the parties and good cause appearing therefore, the plaintiff is hereby ordered to advise counsel and the court of the resolution of

_____
Order
Page 1

HAMPTON's criminal case, San Joaquin County Case No. STK-CR-MI-2016-0004364 within 30 days of resolution and within 30 days after notice to the court, file a Joint Status Report for purposes of this court issuing a pretrial scheduling order.

IT IS SO ORDERED.

Dated: February 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE