UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DELILAH MARIE HAMPTON, et al., | No. 2:16-cv-01816-MCE-AC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| SAN JOAQUIN COUNTY SHERIFFS DEPARTMENT, et al., | |
| Defendants. | |

Plaintiffs' objections (ECF No. 50) to the Court's Amended Pretrial Scheduling Order (ECF No. 49) are overruled for failure to make the showing required under Federal Rule of Civil Procedure 16(b).

IT IS SO ORDERED.

Dated: March 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1