**MAYALL, HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendant,
STEVE HEAD (erroneously sued herein as
Deputy STEVE HEAD, Sheriff's Department)
COUNTY OF SAN JOAQUIN-SHERIFF'S DEPARTMENT

Richard C. Watters, Esq. - 060162
Lyndsie N. Russell, Esq. - 309262
**LAW OFFICES OF MILES, SEARS & EANNI**
A Professional Corporation
2844 Fresno Street
Fresno, California 93721
Telephone: (559) 486-5200

Attorneys for Plaintiffs

JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
**OFFICE OF THE CITY ATTORNEY**
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898
Attorneys for Defendants CITY OF STOCKTON
and TESSA VILLINES

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIAH MARIE HAMPTON; and JAMILA BREELER, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN JOAQUIN-SHERIFF'S DEPARTMENT; CITY OF STOCKTON-a municipal corporation; Deputy STEVE HEAD, Sheriff's Department, et al., <br><br> Defendants. | Case No. 2:16-CV-01816-MCE-AC <br><br> **ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS** |

---

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS
Page 1

1
2
3
4
5
6
7

By Stipulation of the parties and good cause appearing therefore, the court hereby orders the dismissal of defendants CITY OF STOCKTON, TESS VILLINES, PAUL FORGACH, BRIAN MORENO, TERRY STANDART, JASON WHELEN, BOB JOHNSON, ADAM HERRERO, JODY TOWERS, ROGER GILLINGWATER, MIKE ALAGNA, TERRY SCHAEFFER, LOU GALIAZZO, PATRICK CALLAHAN, and GILBERT CHAVEZ without prejudice as set forth by the court's instruction within its order on the defendants motion for summary judgment (ECF 61).

8

IT IS SO ORDERED.

9
10

Dated:   July 16, 2020

11
12

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS
Page 2