1  **MAYALL HURLEY, P.C.**
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK E. BERRY, ESQ.
4  CA State Bar No. 155091

5  Attorneys for Defendant,
   STEVE HEAD (erroneously sued herein as
6  Deputy STEVE HEAD, Sheriff's Department) and
   COUNTY OF SAN JOAQUIN-SHERIFF'S DEPARTMENT

7

8  RICHARD C. WATTERS, ESQ. (SBN: 060162)
   LYNDSIE N. RUSSELL, ESQ. (SBN: 309262)
9  MILES, SEARS & EANNI
   A Professional Corporation
10 2844 Fresno Street
   Fresno, CA  93721
11 Tel: (559) 486-5200
   RCWatters@mse-law.com
12 LNRussell@mse-law.com

13 Attorneys for Plaintiffs,
   DELIAH MARIE HAMPTON and
14 JAMILA BREELER

15

16              **UNITED STATES DISTRICT COURT**

                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
17

18

| DELIAH MARIE HAMPTON; and JAMILA BREELER, | ) Case No. 2:16-cv-01816-MCE-AC |
|---|---|
| Plaintiffs, | ) **STIPULATION AND ORDER SETTING** )  **SETTLEMENT CONFERENCE DATE** |
| vs. | ) |
| COUNTY OF SAN JOAQUIN-SHERIFF'S DEPARTMENT; CITY OF STOCKTON-a municipal corporation; Deputy STEVE HEAD, Sheriff's Department, et al., | ) |
| Defendants. | ) |

Page 1
STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE DATE

Pursuant to Local Rule 270, the parties have met and conferred and have agreed to the appointment of Magistrate Judge Kendall J. Newman to act as settlement conference judge. The parties have agreed and met and conferred with Judge Newman and the settlement conference has been scheduled for November 2, 2021.

IT IS SO STIPULATED.

DATED: July 15, 2021          **MAYALL HURLEY, P.C.**


By     */s/ Mark E. Berry*
          MARK E. BERRY
          Attorneys for Defendant,
          STEVE HEAD (erroneously sued herein as
          Deputy STEVE HEAD, Sheriff's
          Department) and COUNTY OF SAN
          JOAQUIN-SHERIFF'S DEPARTMENT


DATED: July 15, 2021          **MILES, SEARS & EANNI**


By     */s/ Lyndsie N. Russell (as authorized on 7/15/21)*
          RICHARD C. WATTERS
          LYNDSIE N. RUSSELL
          Attorneys for Plaintiffs,
          DELIAH MARIE HAMPTON and
          JAMILA BREELER

## ORDER

Having reviewed the parties' stipulation and good cause appearing therefore, the court hereby appoints Magistrate Judge Kendall J. Newman as settlement conference judge.

IT IS SO ORDERED.

**Dated:  July 21, 2021**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Page 2
STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE DATE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Page 3
STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE DATE